AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Department of Housing & Urban Development
Dell Optiplex GX 520 CPU, S/N 8T56J91
Samsung 80 GB Hard Drive, S/N 50DEJ1GA125255
Washington, DC 20410

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

FILED
JUL 0 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 06 - 311 - M - 01

(Further described below)

I __Linda D. Cisco__ being duly sworn depose and say:

I am a(n) __Special Agent with the Department of Housing & Urban Development, OIG__ and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)

Department of Housing & Urban Development, Dell Optiplex GX 520 CPU, S/N 8T56J91, Samsung 80 GB Hard Drive, S/N 50DEJ1GA125255, Washington, DC 20410 - (See Attached Affidavit)

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

See Attachments A, B, and the affidavit submitted in support of the application for this warrant which are incorporated herein by reference.

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
evidence and instrumentalities of crime and other contraband and property designed or intended for use as a means of committing a criminal offense.

concerning a violation of Titles __18__ United States Code, Section(s) __1001; 1010; 1341; 1343; and 1344.__ The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES  ☐ NO

Steven J. Durham
Fraud and Public Corruption/5th Floor
(202) 514-8316

Signature of Affiant
Linda D. Cisco, Special Agent
District of Columbia, Office of Inspector General

Sworn to before me, and subscribed in my presence

JUL 05 2006
Date

at Washington, D.C.

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Signature of Judicial Officer