AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**Department of Housing & Urban Development
Dell Optiplex GX 520 CPU, S/N 8T56J91
Samsung 80 GB Hard Drive, S/N 50DEJ1GA125255
Washington, DC 20410**

## SEARCH WARRANT

CASE NUMBER: 06 - 311 - M - 01

TO: <u>Linda D. Cisco</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>Special Agent, Linda D. Cisco</u> who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

**Department of Housing & Urban Development, Dell Optiplex GX 520 CPU, S/N 8T56J91, Samsung 80 GB Hard Drive, S/N 50DEJ1GA125255, Washington, DC 20410 - (See Attached Affidavit)**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See Schedules A, B, and the affidavit submitted in support of the application for this warrant which are incorporated herein by reference.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before July 14, 2006
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUL 05 2006  at Washington, D.C.

Date and Time Issued

Name and Title of Judicial Officer        Signature of Judicial Officer

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED 7/5/06 | DATE AND TIME WARRANT EXECUTED 7/5/06 16:10 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF S/A Linda Cisco | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT | | |

See Attached

FILED
JUL 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

[signature: Linda Cisco]

Subscribed, sworn to, and returned before me this date.

[signature] U.S. Judge or U.S. Magistrate Judge    7/10/06 Date

# Search Warrant Inventory

**Case # MA 06 01396 I**

**July 5, 2006**

Dell Optiplex GX 520 CPU, S/N 8T56J91

Washington, DC 20410

| Evidence # | Room | Location Found | Evidence Description | Locating Agent(s) | Seizing Agent |
|---|---|---|---|---|---|
| 1 | A | Desk Area | Samsung Hard Drive S/N 50DEJ1GA125255 (Removed from Dell Optiplex GX 520 CPU, S/N 8T56J91) | Leesman | Harding/ Cisco |